[No. 8200–8–III.   Division Three.   December 3, 1987.]

NEAL PEISLEY, ET AL, *Appellants,* v. GENERAL ELECTRIC CREDIT AUTO LEASE, INC., *Defendant,* SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–2–01992–9, F. James Gavin, J., entered January 16, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.

[No. 7890–6–III.   Division Three.   December 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANZY ALEX ALLEN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 85–1–50205–1, Albert J. Yencopal, J., entered June 10, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 7873–6–III.   Division Three.   December 3, 1987.]

GOLDA EMERSON, *Individually and as Personal Representative, Respondent,* v. GLEN CAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01013–9, Walter A. Stauffacher, J., entered May 2, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.